Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>9988LTD-US, CHROME ACCESSORIES FOR IPHONE, DIKHV, EVERQUEIN BOUTIQUE, FGONR|, FOMOYUU-US(7-15 DAYS DELIVERY), KAVOUSA, MQLIFE, NICESHANGMAOX, SLCTER, UDILIS, US-ZYJS, XINSION.ELEC, YINUOSHIDIDI, ZHUOMEI-USA and ZIYUHUANGMEIGUO,<br><br>*Defendants* | **24-cv-973 (ER)**<br><br>**[PROPOSED]**<br>**UNSEALING ORDER** |

1


WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  22nd  day of   February  , 2024, at  10:15   a .m.
New York, New York

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE