Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>9988LTD-US, CHROME ACCESSORIES FOR IPHONE, DIKHV, EVERQUEIN BOUTIQUE, FGONR\|, FOMOYUU-US(7-15 DAYS DELIVERY), KAVOUSA, MQLIFE, NICESHANGMAOX, SLCTER, UDILIS, US-ZYJS, XINSION.ELEC, YINUOSHIDIDI, ZHUOMEI-USA and ZIYUHUANGMEIGUO,<br><br>*Defendants* | **CIVIL ACTION NO.**<br><br>**[PROPOSED] ORDER TO EXCEED PAGE LIMIT**<br><br>**FILED UNDER SEAL** |

On this day, the Court considered Plaintiff's Motion to Exceed Page Limit and it is hereby ORDERED that Plaintiff may submit a memorandum of law in support of its *ex parte* application for: a temporary restraining order; an order to show cause why a preliminary injunction should not issue; an asset restraining order; an order authorizing alternative service by electronic mail; and an order authorizing expedited discovery ("Application") against Defendants in the above-referenced action that is thirty-six (36) pages long, which may exceed the page limit set by the Court.

SIGNED this _____ day of _____, 2024, at _____ __.m.

_____
UNITED STATES DISTRICT JUDGE