UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,

Plaintiff,

– against –

9988LTD-US, CHROME ACCESSORIES FOR IPHONE, DIKHV, EVERQUEIN BOUTIQUE, FGONR, MQLIFE, NICESHANGMAOX, SLCTER, UDILIS, US-ZYJS, YINUOSHIDIDI, ZHUOMEI-USA, *and* ZIYUHUANGMEIGUO,

Defendants.

**ORDER**

24 Civ. 973 (ER)

Ramos, D.J.:

On February 22, 2024, Off-White LLC filed a Complaint against 9988LTD-US, Chrome Accessories for iPhone, DIKHV, Everquein Boutique, FGONR, FOMOYUU-US, Kavousa, Mqlife, Niceshangmaox, SLCTER, Udilis, US-ZYJS, XINSION. Elec, Yinuoshididi, ZhuoMei-USA, and ziyuhuangmeiguo, alleging trademark infringement. Doc. 6. All defendants were served on February 12, 2024, and answers were due on March 4, 2024. Doc. 17. On March 15, 2024, Plaintiff voluntarily dismissed FOMOYUU-US from the action. Doc. 21. On April 19, 2024, Plaintiff voluntarily dismissed Kavousa from the action. Doc. 23. On May 16, 2024, Plaintiff voluntarily dismissed XINSION.Elec from the action. Doc. 25. As of the date of this Order, the remaining defendants, 9988LTD-US, Chrome Accessories for iPhone, DIKHV, Everquein Boutique, FGONR , Mqlife, Niceshangmaox, SLCTER, Udilis, US-ZYJS, Yinuoshididi, ZhuoMei-USA, and ziyuhuangmeiguo, have neither appeared nor responded to the Complaint.

Plaintiff is therefore instructed to submit a status report by no later than October 28,

2026. Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.