Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>9988LTD-US, CHROME ACCESSORIES FOR IPHONE, DIKHV, EVERQUEIN BOUTIQUE, FGONR\|, FOMOYUU-US(7-15 DAYS DELIVERY), KAVOUSA, MQLIFE, NICESHANGMAOX, SLCTER, UDILIS, US-ZYJS, XINSION.ELEC, YINUOSHIDIDI, ZHUOMEI-USA and ZIYUHUANGMEIGUO.,<br><br>*Defendants* | **CIVIL CASE NO. 24-cv-973 (ER)**<br><br>**~~[PROPOSED]~~ ORDER FOR RETURN OF SECURITY BOND** |

The Court hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 22nd day of October, 2026, at 6:06 p..m.

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE